# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>        v.<br><br>USCIS, et al.,<br>    Defendants. | 2:24-cv-11061-DSF-PVCx<br><br>JUDGMENT |

    The Court having dismissed the case for lack of subject matter jurisdiction,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1919.

Date:  May 1, 2025

                                                                                     *Dale S. Fischer*<br>
                                                           The Honorable Dale S. Fischer<br>
                                                           United States District Judge